SOPHIA WINQUEST ET AL. V. CHARLES H. SCHAEFER ET AL.

FILED NOVEMBER 18, 1897. No. 7611.

Bill of Exceptions: AUTHENTICATION. "A bill of exceptions in a cause tried in the district court must be authenticated by the certificate of the clerk of such court to entitle it to be considered in the supreme court." *Romberg v. Fokken,* 47 Neb., 198, followed.

ERROR from the district court of Phelps county. Tried below before BEALL, J. *Affirmed.*

*C. H. Roberts* and *R. St. Clair,* for plaintiffs in error.

*S. A. Dravo, contra.*

HARRISON, J.

All the questions presented in this case,—an action instituted in the district court of Phelps county by plaintiffs in error, and removed to this court by proceedings in error,—would require for their proper determination a

reference to and an examination of the bill of exceptions. The document in the record which purports to be such bill is not authenticated by the clerk of the trial court and will not be considered by this court. (*Romberg v. Fokken*, 47 Neb., 198.) It follows that the judgment of the district court will be

AFFIRMED.